

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2020

No. 04-19-00721-CV

Rufina Reyes **YANEZ**,
Appellant

v.

**AMERICAN GENERAL LIFE INSURANCE COMPANY**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019CVK001146D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

After we granted a first extension, the reporter's record was due on January 2, 2020. *See* Tex. R. App. P. 35.1. On January 6, 2020, court reporter Ana L. Alcantar filed a notice of late record and advised this court that Appellant has not paid the fee to prepare the reporter's record. We **ORDER** appellant to provide written proof to this court within 10 days of the date of this order that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) appellant is entitled to appeal without paying the reporter's fee.

If appellant fails to respond within the time provided, appellant must file a brief with this court within 30 days of the date of this order, and the court will only "consider and decide those issues or points [raised in appellant's brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c). If appellant timely complies with this order, the reporter's record will be due 10 days after appellant files written proof showing compliance with this order. *See id.* R. 35.3(c) (limiting an extension of time to file the record in a regular appeal to thirty days).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2020.



Michael A. Cruz,
Clerk of Court